January 21, 2011

Mr. Brian Gregory Jackson
Davis Fuller Jackson Keene
P.O. Box 1588
Austin, TX 78767-1588
Mr. Timothy Lyle Culberson
The Talaska Law Firm, P.L.L.C.
1415 North Loop West, Suite 200
Houston, TX 77008

RE: Case Number: 10-0306
 Court of Appeals Number: 13-08-00590-CV
 Trial Court Number: 08-05-20996

Style: WILMA REEDY, R.N.
 v.
 ELIZABETH POMPA AND NICHOLAS POMPA, III, AS PARENTS AND NEXT FRIENDS
 OF ANNICA POMPA, A MINOR

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Dorian E. |
| |Ramirez |
| |Ms. Tabeth Gardner|